Kelly H. Dove, Esq.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com

Attorneys for Defendant
Selene Finance, LP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARLANE GRACE HERMANN, | CASE NO.: 2:20-cv-01293-KJD-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT** |
| vs. | |
| SELENE FINANCE, LP, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Marlane Grace Hermann ("Plaintiff") and Defendant Selene Finance, LP ("Selene") (collectively, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby stipulate and agree to extend Selene's deadline to respond to Plaintiff's Complaint [ECF No. 1] to August 14, 2020, for the following reasons:

1. Upon information and belief, Plaintiff served the Complaint and Summons on Selene on or about July 17, 2020, making Selene's Answer currently due August 7, 2020.

3. Undersigned counsel was just retained on August 4, 2020, and along with Selene, requires additional time to investigate the allegations set forth in the Complaint and to prepare the appropriate response. Selene therefore requests an additional seven (7) days to respond to Plaintiff's Complaint.

4. On August 5, 2020, counsel for Plaintiff agreed to the extension requested herein.

5. This extension request is sought in good faith and is not made for the purpose of delay.

1. Therefore, the Parties respectfully request an extension for Selene to respond to Plaintiff's Complaint to and including August 14, 2020.

DATED: August 6, 2020

FREEDOM LAW FIRM, LLC

By: */s/ George Haines*
George Haines, Esq.
Nevada Bar No. 9411
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123

*Attorneys for Plaintiff Marlane Grace Hermann*

DATED: August 6, 2020

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Selene Finance, LP*

**ORDER**

**IT IS ORDERED** that Selene Finance, LP shall respond to Plaintiff's Complaint on or before August 14, 2020.

DATED: Aug. 6, 2020.

UNITED STATES ~~DISTRICT COURT OR~~ MAGISTRATE JUDGE