AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

MARLANE GRACE HERMANN,

                Plaintiff,

  v.

SELENE FINANCE, LP,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01293-KJD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant and against Plaintiff dismissing this case with prejudice.

March 5, 2021
Date

DEBRA K. KEMPI
Clerk

/s/ H. Magennis
Deputy Clerk